IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**CHRISTY L. HAYES,**

    **Plaintiff,**

v.                                              **CIVIL ACTION NO. 23-CV-00159**

**WALMART, INC.,**

    **Defendant.**

DISMISSAL ORDER

This day came Plaintiff Christy L. Hayes and Defendant Walmart, Inc., by their respective counsel, and announced to the Court this matter has been settled, and jointly moved the Court to dismiss the case in its entirety.

For good cause shown, and there being no objection thereto, it is hereby ORDERED that this matter shall be and is hereby DISMISSED WITH PREJUDICE, including all claims, counterclaims, and cross claims filed between or among the parties.

The Court directs the Clerk to send a certified copy of this Order to al counsel of record.

ENTERED this 27 day of Oct, 2023.

JUDGE JOSEPH R. GOODWIN

JOINTLY SUBMITTED BY:

| **CHRISTY L. HAYES** | **WALMART INC.** |
|---|---|
| By Counsel | By Counsel |
| KLIE LAW OFFICES, PLLC | SPILMAN THOMAS & BATTLE, PLLC |
| /s/ Ambria M. Britton | /s/ Chelsea E. Thompson |
| Ambria M. Britton (WVSB #12053) | Eric E. Kinder (WVSB # 8817) |
| 21 E. Main Street, Suite 160 | Chelsea E. Thompson (WVSB # 12565) |
| Buckhannon, WV 26201 | 300 Kanawha Boulevard, East (Zip 25301) |
| Telephone: (304) 472-5007 | P.O. Box 273 |
| Fax: (304) 472-1126 | Charleston, WV  25321-0273 |
| abritton@klielawoffices.com | Telephone: 304-340-3800 |
|  | ekinder@spilmanlaw.com |
|  | cthompson@spilmanlaw.com |